UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN FERRARO,

      Plaintiff,

 -against-

MUNICIPAL CREDIT UNION; TRANS UNION, LLC; AND EXPERIAN INFORMATION SOLUTIONS, INC.,

      Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/2021
```

21 Civ. 972 (AT)

**ORDER**

ANALISA TORRES, District Judge:

 The Court has been advised that all claims asserted herein have been settled in principle as to Defendant Municipal Credit Union. ECF No. 25. Accordingly, as to Municipal Credit Union only, the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

 Any application to reopen must be filed <u>within thirty days</u> of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

 As to Municipal Credit Union only, any pending motions are moot and all conferences are vacated. The Clerk of Court is directed to terminate Municipal Credit Union as a defendant.

 SO ORDERED.

Dated: April 21, 2021
   New York, New York

                     ANALISA TORRES
                    United States District Judge